Vernon THOMAS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 65438.

Missouri Court of Appeals,
Western District.

July 25, 2006.

Susan L. Hogan, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before NEWTON, P.J.,
BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Vernon Thomas appeals the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).